**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **JOHN MACNAUGHT LARSON** | **Cause No. 19-42343-MJH** |
| Debtor(s). | **ORDER APPROVING DISMISSAL OF DEBTOR'S CHAPTER 13** |

IT IS ORDRED that this case shall be dismissed. Upon dismissal or conversion any refund shall be payable to the Debtor(s) and may be forwarded to the Debtor(s) through the attorney's office. See 11 U.S.C. 349(b)(3)

///end of order///

Presented by:

/s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB#27992
Attorney for Debtors

**BROWN and SEELYE PLLC**
1700 Cooper Pt Rd SW C5
Olympia, WA 98502
253-573-1958