THE HONORABLE MARY JO HESTON
CHAPTER 13
HEARING DATE: October 22, 2020
HEARING TIME: 1:00 P.M.
LOCATION: Vancouver, Washington

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No.: 19-42343-MJH |
| JOHN MACNAUGHT LARSON, | TRUSTEE'S NON-OPPOSITION RESPONSE TO DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTEER 13 OR MOTION TO APPOINT REALTOR AND APPROVE SALE IN THE ALTERNATIVE |
| Debtor. | |

**COMES NOW**, Michael G. Malaier, Chapter 13 Standing Trustee, and responds to Debtor's Motion for Voluntary Dismissal of Chapter 13 or Motion to Appoint Realtor and Approve Sale in the Alternative ("Motion")(ECF No. 18), as follows:

## **BACKGROUND**

Debtor filed this Chapter 13 case on July 18, 2019. The applicable commitment period is sixty months. The case is currently in the fifteenth month. The bar date for filing non-governmental claims was September 26, 2019. Filed unsecured claims total $30,469.16. The Trustee estimates that under the proposed plan general unsecured creditors will receive approximately $44,119.00.

TRUSTEE'S RESPONSE - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

## RESPONSE

Trustee originally declined to sign off on Debtor's Motion on an *ex parte* basis because Debtor's plan payments were current and Debtor's pre-petition mortgage arrears had not been cured. He was also not advised until the filing of the present Motion of Debtor's intention to sell his residence to resolve the mortgage arrears. Trustee has a policy of not signing off on voluntary dismissals for performing cases; however, in light of the current Motion and Debtor's declaration he does not oppose the relief requested. This response is being filed solely to advise the Court why the matter was set for hearing.

**WHEREFORE**, Trustee requests that the Motion be granted.

**DATED** this 14th day of October, 2020.

/s/ Mathew S. LaCroix
Mathew S. LaCroix, WSBA# 41847 for
Michael G. Malaier, Chapter 13 Trustee

TRUSTEE'S RESPONSE - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

## CERTIFICATE OF MAILING

I declare under penalty of perjury under the laws of the United States as follows: I mailed via regular mail a true and correct copy of the Trustee's Response to the following:

John MacNaught Larson
43 Alpha Drive
Longview, WA 98632

The following parties received notice via ECF:

Ellen Brown
Lesley D. Bohleber
US Trustee

Executed at Tacoma, Washington on the 14th day of October, 2020.

/s/Tracy Maher
Tracy Maher
Office Manager

TRUSTEE'S RESPONSE - 3

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600