Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

---

Case No.: 19−42343−MJH
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John MacNaught Larson
43 Alpha Dr
Longview, WA 98632

Social Security / Individual Taxpayer ID No.:
xxx−xx−1285

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **October 27, 2020 for John MacNaught Larson, Debtor.** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: October 27, 2020

                                                               Mark L. Hatcher
                                                           Clerk, U.S. Bankruptcy Court